IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| VICKY LYNN CAVAZOS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of Social Security,**<br><br>    Defendant. | 2:09-cv-00112<br>Judge Nixon<br>Magistrate Judge Bryant |

## ORDER

Pending before the Court is Plaintiff Vicky Lynn Cavazos's Motion for Judgment on the Administrative Record (Doc. No. 17) ("Motion"), filed along with a supportive brief (Doc. No. 18). Defendant Commissioner of Social Security filed a Response. (Doc. No. 23.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation (Doc. No. 24) ("Report") recommending that the Motion should be denied and that the Commissioner's decision should be affirmed (*id.* at 1). The Report was filed on September 29, 2011, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 18th day of October, 2011.

                                          JOHN T. NIXON, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT